**Order entered October 4, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00540-CV

**MACKLE WHITE, Appellant**

**V.**

**NATHANIEL WHITE, Appellee**

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-20-05419-C

## ORDER

The reporter's record in this case is overdue. By postcard dated August 26, 2021, we notified Janet Wright, Official Court Reporter for County Court at Law No 3, that the reporter's record was overdue and directed her to file the reporter's record within thirty days.

To date, the reporter's record has not been filed and Ms. Wright has not corresponded with the Court regarding the reporter's record. Because our records indicate appellant is entitled to proceed without payment of costs, we **ORDER**

Janet Wright, to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or written verification that appellant has not requested preparation of the reporter's record.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Sally Montgomery
Presiding Judge
County Court at Law No. 3

Janet Wright
Official Court Reporter
County Court at Law No. 3

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE